| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| 2BU | 000150 | 002000 | 0000310033 | 1 |

# Earnings Statement

**ADP**

L-3 COMMUNICATIONS CORPORATION
600 THIRD AVENUE
NEW YORK NY 10016

Period Beginning: 07/24/2016
Period Ending: 07/30/2016
Pay Date: 08/05/2016

00000000018
WILLIAM MULLER
206 MIDDLE ROAD
BLUE POINT NY 11715

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 1
   NY: 0

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 40.00 | 720.00 | 18,591.50 |
| Overtime | 27.0000 | 11.00 | 297.00 | 5,229.94 |
| Holiday | | | | 288.00 |
| Sick | | | | 432.00 |
| Vacation | | | | 144.00 |
| **Gross Pay** | | | **$1,017.00** | 24,685.44 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Health Co | 86.84 | 2,257.84 |
| Max Elig/Comp | 1,017.00 | 24,685.44 |
| Mcttax | 3.16 | 75.94 |
| Sick Balance | | 36.00 |
| Vac Balance | | 33.58 |

| Deductions | | |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -120.89 | 2,655.53 |
| Social Security Tax | -57.66 | 1,384.86 |
| Medicare Tax | -13.49 | 323.88 |
| NY State Income Tax | -44.33 | 1,005.52 |
| NY SUI/SDI Tax | -0.60 | 16.20 |
| **Other** | | |
| Health Pretax | -87.00* | 2,349.00 |
| **Net Pay** | **$693.03** | |
| Checking 1 | -693.03 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $930.00

---

L-3 COMMUNICATIONS CORPORATION
600 THIRD AVENUE
NEW YORK NY 10016

Advice number: 00000310033
Pay date: 08/05/2016

**Deposited to the account of**
WILLIAM MULLER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9668 | xxxx xxxx | $693.03 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|---|---|---|---|---|---|
| 2BU | 000150 | 002000 | | 0000320033 | 1 |

**Earnings Statement** — ADP

Period Beginning: 07/31/2016
Period Ending: 08/06/2016
Pay Date: 08/12/2016

L-3 COMMUNICATIONS CORPORATION
600 THIRD AVENUE
NEW YORK NY 10016

00000000018
WILLIAM MULLER
206 MIDDLE ROAD
BLUE POINT NY 11715

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 1
 NY: 0

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 40.00 | 720.00 | 19,311.50 |
| Overtime | 27.0000 | 10.50 | 283.50 | 5,513.44 |
| Holiday | | | | 288.00 |
| Sick | | | | 432.00 |
| Vacation | | | | 144.00 |
| **Gross Pay** | | | **$1,003.50** | 25,688.94 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Health Co | 86.84 | 2,344.68 |
| Max Elig/Comp | 1,003.50 | 25,688.94 |
| Mcttax | 3.12 | 79.06 |
| Sick Balance | 36.00 | |
| Vac Balance | 35.12 | |

**Deductions**

Statutory
| | this period | year to date |
|---|---|---|
| Federal Income Tax | -117.52 | 2,773.05 |
| Social Security Tax | -56.82 | 1,441.68 |
| Medicare Tax | -13.29 | 337.17 |
| NY State Income Tax | -43.45 | 1,048.97 |
| NY SUI/SDI Tax | -0.60 | 16.80 |

Other
| | | |
|---|---|---|
| Health Pretax | -87.00* | 2,436.00 |

**Net Pay** **$684.82**
Checking 1 -684.82
**Net Check** **$0.00**

* Excluded from federal taxable wages
Your federal taxable wages this period are $916.50

© 2000 ADP, LLC

L-3 COMMUNICATIONS CORPORATION
600 THIRD AVENUE
NEW YORK NY 10016

Advice number: 00000320033
Pay date: 08/12/2016

Deposited to the account of
WILLIAM MULLER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9668 | xxxx xxxx | $684.82 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | 020 |
|-----|------|------|-------|-----------|-----|
| 2BU | 000150 | 002000 | | 0000330033 | 1 |

# Earnings Statement

**ADP**

L-3 COMMUNICATIONS CORPORATION
600 THIRD AVENUE
NEW YORK NY 10016

Period Beginning: 08/07/2016
Period Ending: 08/13/2016
Pay Date: 08/19/2016

00000000018
WILLIAM MULLER
206 MIDDLE ROAD
BLUE POINT NY 11715

Taxable Marital Status:  Single
Exemptions/Allowances:
   Federal:   1
   NY:        0

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular  | 18.0000 | 32.00 | 576.00 | 19,887.50 |
| Overtime | 27.0000 | 5.25 | 141.75 | 5,655.19 |
| Vacation | 18.0000 | 8.00 | 144.00 | 288.00 |
| Holiday  |  |  |  | 288.00 |
| Sick     |  |  |  | 432.00 |
| **Gross Pay** |  |  | **$861.75** | 26,550.69 |

| Other Benefits and Information | this period | total to date |
|-----|-----|-----|
| Health Co | 86.84 | 2,431.52 |
| Max Elig/Comp | 861.75 | 26,550.69 |
| Mcttax | 2.63 | 81.69 |
| Sick Balance | 36.00 |  |
| Vac Balance | 28.66 |  |

**Deductions**

Statutory
| | this period | year to date |
|---|---|---|
| Federal Income Tax | -89.13 | 2,862.18 |
| Social Security Tax | -48.04 | 1,489.72 |
| Medicare Tax | -11.23 | 348.40 |
| NY State Income Tax | -34.31 | 1,083.28 |
| NY SUI/SDI Tax | -0.60 | 17.40 |

Other
| | | |
|---|---|---|
| Health Pretax | -87.00* | 2,523.00 |

| **Net Pay** |  | **$591.44** |
|---|---|---|
| Checking 1 |  | -591.44 |
| **Net Check** |  | **$0.00** |

* Excluded from federal taxable wages
  Your federal taxable wages this period are $774.75

© 1998, 2006. ADP, LLC  All Rights Reserved.

© 2000 ADP, LLC

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

L-3 COMMUNICATIONS CORPORATION
600 THIRD AVENUE
NEW YORK NY 10016

Advice number:   00000330033
Pay date:        08/19/2016

**THIS IS NOT A CHECK**

Deposited to the account of
WILLIAM MULLER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9668 | xxxx xxxx | $591.44 |

# NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | 020 |
|---|---|---|---|---|---|
| 2BU | 000150 | 002000 | | 0000340034 | 1 |

# Earnings Statement

**ADP**

L-3 COMMUNICATIONS CORPORATION
600 THIRD AVENUE
NEW YORK NY 10016

Period Beginning: 08/14/2016
Period Ending: 08/20/2016
Pay Date: 08/26/2016

00000000019
WILLIAM MULLER
206 MIDDLE ROAD
BLUE POINT NY 11715

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal: 1
  NY: 0

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 40.00 | 720.00 | 20,607.50 |
| Overtime | 27.0000 | 11.25 | 303.75 | 5,958.94 |
| Holiday | | | | 288.00 |
| Sick | | | | 432.00 |
| Vacation | | | | 288.00 |
| **Gross Pay** | | | **$1,023.75** | 27,574.44 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Health Co | 86.84 | 2,518.36 |
| Max Elig/Comp | 1,023.75 | 27,574.44 |
| Mcttax | 3.18 | 84.87 |
| Sick Balance | 36.00 | |
| Vac Balance | 30.20 | |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -122.58 | 2,984.76 |
| Social Security Tax | -58.08 | 1,547.80 |
| Medicare Tax | -13.58 | 361.98 |
| NY State Income Tax | -44.76 | 1,128.04 |
| NY SUI/SDI Tax | -0.60 | 18.00 |

Other
| | | |
|---|---|---|
| Health Pretax | -87.00* | 2,610.00 |

| | |
|---|---|
| **Net Pay** | **$697.15** |
| Checking 1 | -697.15 |
| **Net Check** | **$0.00** |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $936.75

---

L-3 COMMUNICATIONS CORPORATION
600 THIRD AVENUE
NEW YORK NY 10016

Advice number: 00000340034
Pay date: 08/26/2016

Deposited to the account of
WILLIAM MULLER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9668 | xxxx xxxx | $697.15 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR NO. | 020 |
|---|---|---|---|---|---|
| 2BU | 000150 | 002000 | | 0000350034 | 1 |

# Earnings Statement

**ADP**

L-3 COMMUNICATIONS CORPORATION
600 THIRD AVENUE
NEW YORK NY 10016

Period Beginning: 08/21/2016
Period Ending: 08/27/2016
Pay Date: 09/02/2016

Taxable Marital Status:   Single
Exemptions/Allowances:
    Federal:  1
    NY:       0

00000000019
WILLIAM MULLER
206 MIDDLE ROAD
BLUE POINT NY 11715

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 40.00 | 720.00 | 21,327.50 |
| Overtime | 27.0000 | 11.50 | 310.50 | 6,269.44 |
| Holiday | | | | 288.00 |
| Sick | | | | 432.00 |
| Vacation | | | | 288.00 |
| **Gross Pay** | | | **$1,030.50** | 28,604.94 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Health Co | 86.84 | 2,605.20 |
| Max Elig/Comp | 1,030.50 | 28,604.94 |
| Mcttax | 3.21 | 88.08 |
| Sick Balance | 36.00 | |
| Vac Balance | 31.74 | |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -124.27 | 3,109.03 |
| Social Security Tax | -58.49 | 1,606.29 |
| Medicare Tax | -13.69 | 375.67 |
| NY State Income Tax | -45.20 | 1,173.24 |
| NY SUI/SDI Tax | -0.60 | 18.60 |

Other
| | | |
|---|---|---|
| Health Pretax | -87.00* | 2,697.00 |

| **Net Pay** | **$701.25** |
|---|---|
| Checking 1 | -701.25 |
| **Net Check** | **$0.00** |

* Excluded from federal taxable wages
  Your federal taxable wages this period are $943.50

---

L-3 COMMUNICATIONS CORPORATION
600 THIRD AVENUE
NEW YORK NY 10016

Advice number:   00000350034
Pay date:        09/02/2016

**THIS IS NOT A CHECK**

Deposited to the account of
WILLIAM MULLER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9668 | xxxx xxxx | $701.25 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|-----|------|-------|-------|-----------|-----|
| 2BU | 000150 | 002000 | | 0000360034 | 1 |

# Earnings Statement

**ADP**

Period Beginning: 08/28/2016
Period Ending: 09/03/2016
Pay Date: 09/09/2016

L-3 COMMUNICATIONS CORPORATION
600 THIRD AVENUE
NEW YORK NY 10016

00000000019
WILLIAM MULLER
206 MIDDLE ROAD
BLUE POINT NY 11715

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  NY: 0

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 18.0000 | 40.00 | 720.00 | 22,047.50 |
| Overtime | 27.0000 | 5.50 | 148.50 | 6,417.94 |
| Holiday | | | | 288.00 |
| Sick | | | | 432.00 |
| Vacation | | | | 288.00 |
| **Gross Pay** | | | **$868.50** | 29,473.44 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Health Co | 86.84 | 2,692.04 |
| Max Elig/Comp | 868.50 | 29,473.44 |
| Mcttax | 2.66 | 90.74 |
| Sick Balance | 36.00 | |
| Vac Balance | 33.28 | |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -90.14 | 3,199.17 |
| Social Security Tax | -48.46 | 1,654.75 |
| Medicare Tax | -11.33 | 387.00 |
| NY State Income Tax | -34.75 | 1,207.99 |
| NY SUI/SDI Tax | -0.60 | 19.20 |

Other
| | | |
|---|---|---|
| Health Pretax | -87.00* | 2,784.00 |

| **Net Pay** | **$596.22** |
|---|---|
| Checking 2 | -596.22 |
| **Net Check** | **$0.00** |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $781.50

© 1998, 2006. ADP, LLC All Rights Reserved.
© 2000 ADP, LLC
TEAR HERE
VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

L-3 COMMUNICATIONS CORPORATION
600 THIRD AVENUE
NEW YORK NY 10016

Advice number: 00000360034
Pay date: 09/09/2016

Deposited to the account of
WILLIAM MULLER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1718 | xxxx xxxx | $596.22 |

THIS IS NOT A CHECK
NON-NEGOTIABLE

| CO | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|---|---|---|---|---|---|
| 2BU | 000150 | 002000 | | 0000370034 | 1 |

# Earnings Statement

**ADP**

L-3 COMMUNICATIONS CORPORATION
600 THIRD AVENUE
NEW YORK NY 10016

Period Beginning: 09/04/2016
Period Ending: 09/10/2016
Pay Date: 09/16/2016

Taxable Marital Status:  Single
Exemptions/Allowances:
    Federal: 1
    NY: 0

00000000019
WILLIAM MULLER
206 MIDDLE ROAD
BLUE POINT NY 11715

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 32.00 | 576.00 | 22,623.50 |
| Overtime | 27.0000 | 9.00 | 243.00 | 6,660.94 |
| Holiday | 18.0000 | 8.00 | 144.00 | 432.00 |
| Sick | | | | 432.00 |
| Vacation | | | | 288.00 |
| **Gross Pay** | | | **$963.00** | 30,436.44 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Health Co | 86.84 | 2,778.88 |
| Max Elig/Comp | 963.00 | 30,436.44 |
| Mcttax | 2.98 | 93.72 |
| Sick Balance | 36.00 | |
| Vac Balance | 34.82 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -107.39 | 3,306.56 |
| | Social Security Tax | -54.31 | 1,709.06 |
| | Medicare Tax | -12.70 | 399.70 |
| | NY State Income Tax | -40.84 | 1,248.83 |
| | NY SUI/SDI Tax | -0.60 | 19.80 |
| | Other | | |
| | Health Pretax | -87.00* | 2,871.00 |
| | **Net Pay** | **$660.16** | |
| | Checking 2 | -660.16 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $876.00

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

L-3 COMMUNICATIONS CORPORATION
600 THIRD AVENUE
NEW YORK NY 10016

Advice number: 00000370034
Pay date: 09/16/2016

Deposited to the account of
WILLIAM MULLER

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx1718 | xxxx xxxx | $660.16 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 2BU | 000150 | 002000 | | 0000380035 | 1 |

# Earnings Statement

**ADP**

L-3 COMMUNICATIONS CORPORATION
600 THIRD AVENUE
NEW YORK NY 10016

Period Beginning: 09/11/2016
Period Ending: 09/17/2016
Pay Date: 09/23/2016

00000000020
WILLIAM MULLER
206 MIDDLE ROAD
BLUE POINT NY 11715

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  NY: 0

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 40.00 | 720.00 | 23,343.50 |
| Overtime | 27.0000 | 9.25 | 249.75 | 6,910.69 |
| Holiday | | | | 432.00 |
| Sick | | | | 432.00 |
| Vacation | | | | 288.00 |
| **Gross Pay** | | | **$969.75** | 31,406.19 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Health Co | 86.84 | 2,865.72 |
| Max Elig/Comp | 969.75 | 31,406.19 |
| Mcttax | 3.00 | 96.72 |
| Sick Balance | 36.00 | |
| Vac Balance | 36.36 | |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -109.08 | 3,415.64 |
| Social Security Tax | -54.73 | 1,763.79 |
| Medicare Tax | -12.80 | 412.50 |
| NY State Income Tax | -41.28 | 1,290.11 |
| NY SUI/SDI Tax | -0.60 | 20.40 |

Other
| | | |
|---|---|---|
| Health Pretax | -87.00* | 2,958.00 |
| **Net Pay** | **$664.26** | |
| Checking 2 | -664.26 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $882.75

© 1998, 2006, ADP, LLC All Rights Reserved.

---

L-3 COMMUNICATIONS CORPORATION
600 THIRD AVENUE
NEW YORK NY 10016

Advice number: 00000380035
Pay date: 09/23/2016

Deposited to the account of
WILLIAM MULLER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1718 | xxxx xxxx | $664.26 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|---|---|---|---|---|---|
| 2BU | 000150 | 002000 | | 0000390034 | 1 |

# Earnings Statement

**ADP**

L-3 COMMUNICATIONS CORPORATION
600 THIRD AVENUE
NEW YORK NY 10016

Period Beginning: 09/18/2016
Period Ending: 09/24/2016
Pay Date: 09/30/2016

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 1
    NY: 0

00000000019
WILLIAM MULLER
206 MIDDLE ROAD
BLUE POINT NY 11715

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 40.00 | 720.00 | 24,063.50 |
| Overtime | 27.0000 | 13.25 | 357.75 | 7,268.44 |
| Holiday | | | | 432.00 |
| Sick | | | | 432.00 |
| Vacation | | | | 288.00 |
| **Gross Pay** | | | **$1,077.75** | 32,483.94 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Health Co | 86.84 | 2,952.56 |
| Max Elig/Comp | 1,077.75 | 32,483.94 |
| Mcttax | 3.37 | 100.09 |
| Sick Balance | 36.00 | |
| Vac Balance | 37.90 | |

**Important Notes**
COMPANY PHONE IS : (631) 289-0363

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -136.08 | 3,551.72 |
| | Social Security Tax | -61.42 | 1,825.21 |
| | Medicare Tax | -14.36 | 426.86 |
| | NY State Income Tax | -48.24 | 1,338.35 |
| | NY SUI/SDI Tax | -0.60 | 21.00 |
| | Other | | |
| | Health Pretax | -87.00* | 3,045.00 |
| **Net Pay** | | **$730.05** | |
| | Checking 2 | -730.05 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $990.75

---

L-3 COMMUNICATIONS CORPORATION
600 THIRD AVENUE
NEW YORK NY 10016

Advice number: 00000390034
Pay date: 09/30/2016

Deposited to the account of
WILLIAM MULLER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1718 | xxxx xxxx | $730.05 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**